UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUDY LYNN SMITH-DANDRIDGE
as Administratrix of the Estate of Andrew
Dawson Bell, Deceased                                                                                    PLAINTIFF

v.                                                            No. 5:19-CV-05184

OFFICER JARRETT GEANOLOUS, et al                                                       DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, Plaintiff's 42 U.S.C. § 1983 claims against all Defendants are DISMISSED WITH PREJUDICE. Plaintiff's remaining state law claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 4th day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE